IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROBERT LASLIE JONES, III, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>ANTHONY BUSH; and THE )<br>BUSH LAW FIRM, LLC, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:18cv542-MHT<br>(WO) |

OPINION

After plaintiff filed this legal-malpractice lawsuit in state court, defendants removed it to this court. Defendants then moved to dismiss, arguing that this case is part of a bankruptcy estate and that plaintiff accordingly lacks standing or capacity to bring this lawsuit. Plaintiff failed to respond to the motion as ordered by the magistrate judge, and failed to respond to a subsequent order to show cause as to why this case should not be dismissed with prejudice. Accordingly, the court concludes that this case should be dismissed for want of prosecution. *See*

*Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962) ("The authority of a court to dismiss sua sponte for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases.")  However, the case will be dismissed without prejudice.

An appropriate judgment will be entered.

DONE, this the 27th day of August, 2018.

>  /s/ Myron H. Thompson
>  **UNITED STATES DISTRICT JUDGE**