IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT LASLIE JONES, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv542-MHT |
| | ) | (WO) |
| ANTHONY BUSH; and THE | ) | |
| BUSH LAW FIRM, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is ORDERED that this case is dismissed without prejudice for want of prosecution.

It is further ORDERED that all pending motions are denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of August, 2018.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**